IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

     vs.                              Cr. No. 5:09CR50006-001

RAMON MANUEL RODRIGUEZ-MARTINEZ                            DEFENDANT.

MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now on this 29th day of July, 201, comes on to be considered the **United States' Petition for Remission of Special Assessment and Fine (Doc. 28.).**  The undersigned, being well and sufficiently advised, finds and orders as follows with respect thereto:

1.  On June 16, 2009, Defendant was sentenced to thirty-three months imprisonment, three years supervised release with anticipated deportation, and a $5,000.00 fine and $100.00 special assessment, after being convicted of illegal reentry into the United States, in violation of 8 U.S.C. § 1326(b)(1).

2.  The United States moves to remit Defendant's special assessment and fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest
> and penalties....

The United States states that the Defendant was deported on April 28, 2011, and that there is no reasonable likelihood that the special assessment and fine can be collected.

3.  Upon due consideration, the undersigned recommends that the United States' Petition for Remission of Special Assessment and Fine (Doc. 28) be granted and that Defendant's special assessment and  fine be remitted.

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court**.

DATED this 29th day of July, 2011.


/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE