**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

       **v.**                  **No. 09-50006**

**RAMON MANUEL RODRIGUEZ-MARTINEZ**               **DEFENDANT**

**O R D E R**

Now on this 22nd day of August, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 29) to which there are no objections. The Court, being well and sufficiently advised, has reviewed the Report and Recommendation and finds it sound in all respects.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 29) is **adopted** *in toto.*

**IT IS FURTHER ORDERED** that the government's **Petition for Remission of Special Assessment and Fine** (Doc. 28) is **granted**. The unpaid portion of the special assessment and fine imposed in this case is hereby remitted pursuant to 18 U.S.C. § 3573.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT COURT**